Entered on Docket
July 08, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed July 8, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re<br>Daniel Alfred Thomas,<br>Elena Mariano Thomas,<br>   Debtors.<br>_____<br>Daniel Alfred Thomas,<br>Elena Mariano Thomas,<br>   Debtors,<br>v.<br>City of South Lake Tahoe,<br>   Claimant. | Case No. 10-44139<br><br>Chapter 13 |

**MEMORANDUM REGARDING CLAIMANT'S OPPOSITION
TO DEBTOR'S OBJECTION TO CLAIM**

On May 23, 2014, debtors in the above-captioned case served an Objection to Claim No. 2 of City of South Lake Tahoe, Notice and Opportunity for Hearing, and supporting documents, on claimant City of South Lake Tahoe. Pursuant to B.L.R. 9014-1, as referenced by the Notice, claimant was allowed twenty-one (21) days to respond before relief could be granted by default. The Notice period ran on June 12, 2014. On June 17, 2014, again pursuant to the Local Rule,

1  debtors through counsel uploaded a declaration regarding no response and a request for relief
2  upon default.  On June 26, 2014, the Court entered an Order Sustaining the Debtor's Objection.
3  On June 26, 2014, claimant City of South Lake Tahoe filed an Opposition to the Objection.
4  　　　　The Court notes that in light of the sequence of events described above,  the Opposition
5  is untimely.  The Opposition offers no explanation or excuse for its untimely filing, or any prayer
6  that such filing be considered by the Court in the process of arriving at a merits-based
7  determination on the Objection.  The Court does not have any motion to set aside a default and
8  reconsider an order before it, but understands that claimant could file such a pleading and set the
9  matter for hearing on notice to the debtors and with opportunity for the debtors to respond.

　　　　　　　　　　　　　　　　**END OF MEMORANDUM**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Sally J. Elkington<br>Elkington Law Office |
| 3 | 409 13th St 10th Fl<br>Oakland, CA 94612 |
| 4 | |
| 5 | Daniel Alfred Thomas<br>Elena Mariano Thomas |
| 6 | 136 Morage Avenue<br>Oakland, CA 94611 |
| 7 | Thomas Watson<br>City Attorney |
| 8 | City of South Lake Tahoe<br>1901 Airport Road, Suite 300 |
| 9 | South Lake Tahoe, CA 96150 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |